UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. TIDWELL, aka<br>JOHN BENJAMIN TIDWELL,<br><br>        Petitioner,<br><br>vs.<br><br>JOHN MARSHALL, WARDEN,<br><br>        Respondent. | Case No. SACV 09-0159-AG(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: July 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R\09-0159.ado
6/29/10